**DISMISS and Opinion Filed June 24, 2019**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-18-00744-CV**

**U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HE11, ASSET-BACKED CERTIFICATES SERIES 2004-HE11, BY AND THROUGH ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC., Appellant**

**V.**

**LUCILA M. SAAVEDRA AND JOSE MANUEL SAAVEDRA, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12077**

## MEMORANDUM OPINION

Before Justices Bridges, Brown, and Nowell
Opinion by Justice Bridges

Before the Court is the parties' joint motion to dismiss the appeal with prejudice. The

parties inform the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180744F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HE11, ASSET-BACKED CERTIFICATES SERIES 2004-HE11, BY AND THROUGH ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC., Appellant

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-16-12077.
Opinion delivered by Justice Bridges.
Justices Brown and Nowell participating.

No. 05-18-00744-CV      V.

LUCILA M. SAAVEDRA AND JOSE MANUEL SAAVEDRA, Appellees

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** with prejudice.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered June 24, 2019